## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| MARCELLA J. WARD | CASE NO. 2:25-CV-12463-JJCG |
| *Plaintiff,*  ) | Hon.  Hala Y. Jarbou |
| v.  ) |  |
| ) |  |
| HOMEOWNER SOLUTIONS PROS, INC  ) |  |
| ) |  |
| *Defendant.*  ) |  |

### NOTICE OF SUGGESTION OF BANKRUPTCY AND PENDENCY OF AUTOMATIC STAY OF PROCEEDINGS AS AGAINST HOMEOWNER SOLUTION PROS INC.

Homeowner Solutions Pros Inc. ("Defendant") files this Notice of Bankruptcy, and respectfully submits that case is stayed by virtue of the fact on December 10, 2025, the Defendant filed its Voluntary Petition for relief (the "Petition") under Chapter 7 of the Title 11 of the United States Code (the "Bankruptcy Code").

This Petition is attached as Exhibit A referencing Bankruptcy Case No. 25-03527, in the United States Bankruptcy Court for the Western District of Michigan.

Accordingly, as to Defendant, this action is automatically stayed pursuant to Section 362(a) of the Bankruptcy Code, 11 U.S.C. § 362(a).

DATED: December 15, 2025                 By:      /s/ Dawn R. Van Dusen
                                         Dawn R. Van Dusen (P69647)
                                         Attorney for Defendant
                                         2715 Airport Road
                                         Adrian, MI  49221
                                         (517) 270-2193
                                         dawnvandusen@gmail.com

**CERTIFICATE OF SERVICE**

I certify that, on December 15, 2025, I electronically filed the foregoing Notice of Suggestion of Bankruptcy and Pendency of Automatic Stay of Proceedings as Against Homeowner Solution Pro, Inc. with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

By:  __/s/ Dawn R. Van Dusen