*Marcella J. Ward v. Homeowner Solutions Pros, Inc.*

# EXHIBIT A

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
Homeowner Solution Pros, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
39-2817921

**4. Debtor's address**

Principal place of business:  
4370 Chicago Dr. SW  
Suite 118  
Grandville, MI 49418  
Number, Street, City, State & ZIP Code

Kent  
County

Mailing address, if different from principal place of business:  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  
HOMEOWNERSOLUTIONPROS.COM

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Homeowner Solution Pros, Inc.**                                    Case number (*if known*) _____
        Name

**7. Describe debtor's business**   A. *Check one:*
  - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
  - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
  - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
  - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
  - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
  - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
  - ☒ None of the above

  B. *Check all that apply*
  - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
  - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
  - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

  C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
  http://www.uscourts.gov/four-digit-national-association-naics-codes.
     ___5182___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
  - ☒ Chapter 7
  - ☐ Chapter 9
  - ☐ Chapter 11. *Check all that apply:*
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
  - ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ☒ No.   ☐ Yes.
If more than 2 cases, attach a separate list.

  District _____   When _____   Case number _____
  District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ☒ No   ☐ Yes.

List all cases. If more than 1, attach a separate list
  Debtor _____                              Relationship _____
  District _____   When _____     Case number, if known _____

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                  page 2

Debtor  **Homeowner Solution Pros, Inc.**                                    Case number (*if known*) _____
         Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  __Homeowner Solution Pros, Inc.__    Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __December 10, 2025__
              MM / DD / YYYY

X  __/s/   JOSEPH DELFGAUW__              __JOSEPH DELFGAUW__
   Signature of authorized representative of debtor    Printed name

Title  __PRESIDENT__

**18. Signature of attorney**

X __/s/ Dawn Van Dusen__              Date __December 10, 2025__
  Signature of attorney for debtor             MM / DD / YYYY

__Dawn Van Dusen__
Printed name

__Apello Consulting__
Firm name

__4370 Chicago Dr Sw Ste 118__
__Grandville, MI 49418__
Number, Street, City, State & ZIP Code

Contact phone  __(517) 270-2193__    Email address  __legal@apello.net__

__MI__
Bar number and State

Marcella Ward
C/O Paronich Law
350 Lincoln St., Suite 2400
Hingham, MA 02043


Phyllis King
c/o Cooch & Taylor, PA
1000 N. West Street Suite 1500
Wilmington, DE 19801


Sherri Griffin
C/O Shamis and Gentile, PA
14 NE 1st Avenue, Ste 705
Miami, FL 33132

# United States Bankruptcy Court
## Western District of Michigan

In re __Homeowner Solution Pros, Inc.__  
                                   Debtor(s)

Case No. _____  
Chapter   __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Homeowner Solution Pros, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 10, 2025  
Date

/s/ Dawn Van Dusen  
**Dawn Van Dusen**  
Signature of Attorney or Litigant  
Counsel for   **Homeowner Solution Pros, Inc.**  
Apello Consulting  
4370 Chicago Dr Sw Ste 118  
Grandville, MI 49418  
(517) 270-2193  Fax:  
legal@apello.net