UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCELLA J. WARD,

    Plaintiff,

v.

    Case No. 1:25-cv-1159

    Hon. Hala Y. Jarbou

HOMEOWNER SOLUTION PROS, INC.,

    Defendant.

_____/

## ORDER

The Court has been informed that the Defendant in the above-entitled action has filed a petition in bankruptcy. (ECF No. 20.) In accordance with 11 U.S.C. § 362, therefore, this civil action is automatically stayed until the bankruptcy proceedings in question are terminated or the stay is lifted. 11 U.S.C. § 362(c).

The automatic stay provision of the Bankruptcy Reform Act of 1978, 11 U.S.C. § 101, *et seq.* halts the commencement or continuation of litigation against the debtor by adverse parties; it does not divest this Court of jurisdiction to issue necessary orders in civil actions which are stayed in bankruptcy. *Cornell v. Walker*, 291 U.S. 1 (1934); *Donald F. Duncan Inc. v. Royal Tops Mfg. Co.*, 381 F.2d 879 (7th Cir. 1967), *cert. denied*, 390 U.S. 905 (1968).

Therefore, rather than have this civil action remain on the Court's docket indefinitely, a result which is contrary to the interests of the Court, the debtor, and the public, the Court has decided to administratively close this matter until the stay is lifted or the related bankruptcy proceedings are terminated.

Accordingly,

**IT IS ORDERED** that in the interest of the effective administration of the Court's business, without prejudice to either party to this action, and in keeping with the intent and spirit of the automatic stay provision of the Bankruptcy Reform Act, 11 U.S.C. § 362, this matter is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that this closing is for administrative purposes only and does not constitute a decision on the merits. Upon termination of the aforementioned bankruptcy proceedings, or the lifting of the automatic stay with reference to the instant proceeding, the Court will allow either party to move to reopen this action. Any such motion need only refer to this order and it will be granted.

Dated: December 16, 2025                    /s/ Hala Y. Jarbou
                                            HALA Y. JARBOU
                                            CHIEF UNITED STATES DISTRICT JUDGE